**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 131 MM 2019
:
Respondent :
:
:
v. :
:
:
JAMIE LYNN SILVONEK, :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.